UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| UNITED STATES OF AMERICA,  )<br>  )<br>Plaintiff,  )<br>  )<br>v.  )<br>  )<br>JOSE GARCIA-MORALES,  )<br>  )<br>Defendant.  )<br>_____ ) | 2:12-CR-00250-PMP-CWH<br><br><br><br><br><br>ORDER |

IT IS ORDERED that the Stipulation to Continue Calendar Call and Trial Date is hereby GRANTED. The calendar call currently set for September 4, 2012 at 1:30 p.m. and the trial set for September 11, 2012 at 9:00 a.m. are hereby VACATED and continued to a date to be set by this Court.

DATED: August 28, 2012

_____
PHILIP M. PRO
United States District Judge